

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

2:01 CR 00422-TJH-2

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Jerrah Owens | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Defendant. | ) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (✗)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
she can abide by court orders
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 11/5/10

/s/ Stephen J. Hillman
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2